```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL C. HAGGERTY            :        CIVIL ACTION
                               :
        v.                     :
                               :
JOHN ASHCROFT                  :        NO. 02-4780
```

### ORDER

AND NOW, this 26th day of September, 2002, upon consideration of defendant's uncontested motion for an enlargement of time to respond to the complaint (docket entry # 3), it is hereby ORDERED that:

    1. Defendant's motion is GRANTED; and

    2. Defendant shall file his response by October 4, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.