```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MICHAEL C. HAGGERTY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, UNITED STATES | : | |
| DEPARTMENT OF JUSTICE | : | NO. 02-4780 |

ORDER

AND NOW, this 8th day of October, 2002, upon consideration of defendant's motion to dismiss for lack of venue or in the alternative to transfer venue (docket entry # 5) and plaintiff's stipulation that he does not oppose the transfer of this action to the Eastern District of New York, which is attached hereto, it is hereby ORDERED that:

1.   The motion to dismiss is GRANTED to the extent it challenges venue under 28 U.S.C. § 2000e-5(f)(3) and seeks transfer of this action to the Eastern District of New York;

2.   This action is TRANSFERRED to the United States District Court for the Eastern District of New York; and

3.   The Clerk of Court shall CLOSE this case statistically.

                BY THE COURT:

                _____
                Stewart Dalzell, J.